EX PARTE

§
§
§
§
§
§
§
§
§
§

ALBERT RANDOLPH

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

TRIAL WRIT NO.: 114-2075-07-M

MOTION FOR LEAVE TO FILE AN ORIGINAL
APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes Now, Albert Randolph, Applicant, in the above Styled and numbered writ cause, respectfully moves this Honorable Court, respectfully, requesting the Court to order the District Clerk of Smith County, Texas to immediately transmit the Applicant's Writ of Habeas Corpus Application to the Court of Criminal Appeals. Applicant's application was filed with the District Clerk's office on April 7, 2015, and the Applicant has not received any reply from the District Attorney's office or the 114th Judicial District Court. The Statute of limitation, 35 days has expired for the trial court to enter its order.

PRAYER

WHEREFORE, Applicant prays this Honorable Court grants his Motion For Leave To File An Original Application For Writ of Mandamus.

Respectfully submitted

Albert Randolph
TDCJ-ID: 1502696
Beto Unit
1391 FM 3328
Tennessee Colony, Tx, 75880


## CERTIFICATE OF SERVICE


I do hereby certify that a true and correct copy of the foregoing Motion For Leave To File An Original Application For Writ of Mandamus was served upon the Lois Rogers, District Clerk, Smith County, Texas, 100 N. Broadway Ave., Room 204, Tyler, Texas 75702 on the 29th day of May, 2015 by U.S. Mail.


Albert Randolph
TDCJ-ID: 1502696